

**IT IS ORDERED as set forth below:**

**Date: October 12, 2023**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUTPCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **TONYA CHERRISE ANDERSON,** | ) | **CHAPTER 13** |
| | ) | |
| | ) | **CASE NO. 19-52131-BEM** |
| **DEBTOR,** | ) | |
| | ) | **JUDGE ELLIS-MONRO** |

**ORDER ON MOTION TO APPROVE INSURANCE SETTLEMENT**
**AND DISBURSEMENT OF PROCEEDS**

This matter was scheduled to come before the Court on September 27, 2023, upon the Debtor's Motion to Approve Settlement and Disbursement of Proceeds, filed on July 28, 2023 (Docket #57). The Motion states Progressive Marathon Insurance Company deemed the 2017 Hyundai Sonata as a total loss. The total loss claim for the 2017 Hyundai Sonata is in the amount of $10,519.60. Jefferson Capital System, LLC will

received $4,386.21 to pay off the rest of the vehicle. The remaining $6,133.39 will go to the Debtor in order to purchases a replacement vehicle. Progressive is instructed to disburse the funds.

**IT APPEARING THAT** there was no opposition at the call of the calendar.

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Debtor's Motion to Approve Settlement and Disbursement of Proceeds is hereby **GRANTED.**

**END OF DOCUMENT**

Prepared and presented by:

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly, Esq.
Attorney for Debtor
Bar No. 412798
107 E. 5th Avenue
Rome, GA  30161
(678) 861-1127
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

No Opposition:

/s/ Sonya Buckley Gordon
 Sonya Buckley Gordon(with express permission by Jeffrey B. Kelly)
Attorney for Chapter 13 Trustee
State Bar No.: 140987
285 Peachtree Center Ave NE Ste 1600
Atlanta, GA 30303
(404) 525-1110 (phone)
(404) 522-4448 (fax)

Distribution List

K. Edward Safir
Chapter 13 Trustee
285 Peachtree Center Ave NE Ste. 1600
Atlanta, GA 30303

Tonya Anderson
29860 W 12 Mile Rd Unit 608
Farmington HIlls MI 48334

Progressive Marathon Insurance
Company
PO Box 31260
Tampa, FL 33631-3260

Jefferson Capital System, LLC
Control Number: 0570968
200 14th Ave. E
Sartell, MN 56377

Jefferson Capital System, LLC
PO Box 7999
Saint Cloud, MN 56302-9617

Corporation Service Company
Register Agent for Jefferson Capital
System, LLC
2 Sun Court, Ste 400
Peachtree Corners, GA 30092